UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :

BRAULIO THORNE,
                              Plaintiff,   :

                    -against-      :                20 Civ. 9475 (LGS)

DRNS CORP.,                      :                   ORDER

                           Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court's Order, dated January 13, 2021, required either that the parties file a proposed joint letter and case management plan, or if Plaintiff has not been in communication with Defendant, that Plaintiff file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's individual Rules; and (3) requesting adjournment of the initial conference scheduled for February 25, 2021, by February 18, 2021.  Dkt. No. 9.

      WHEREAS, the parties failed to file the joint letter or proposed case management plan and Plaintiff failed to file a status letter.  It is hereby

      **ORDERED** that, if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **February 23, 2021, at noon**.  If Plaintiff has not been in communication with Defendant, by **February 23, 2021, at noon**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

      Dated: February 19, 2021
           New York, New York

                                     LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE